IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SURFSIDE JAPANESE AUTO PARTS AND SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, <br><br> Defendant, | Case No. 18-CV-487-TCK-FHM |

## **JUDGMENT**

Pursuant to the Court's order of October 25, 2019, granting Defendant's Motion for Summary Judgment (Doc. 83), judgment is hereby entered in favor of Defendant Berkshire Hathaway Homestate Insurance Company and against Plaintiff Surfside Japanese Auto Parts and Service.

ENTERED this 25th day of October, 2019.

_____
TERENCE C. KERN
United States District Judge