AG
AG

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

**TO:**

Vac | 1080
026 | 11

J Darren Brown
Stockard Johnston Brown Netardus PC
1800 S WASHINGTON STE 307
AMARILLO, TX 79102

**RECEIVED**

NOV 15 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

18-cv-487-Tck-FHM

NIXIE        731   4E 1              0111/06/19
        RETURN TO SENDER
              VACANT
        UNABLE TO FORWARD
MANUAL PROC REQ    2326N311020-00983

Post Marked 10/28

NEOPOST
10/28/2019
US POSTAGE $001.4
ZIP 74103
041M11287S